844

No. 70–5303. Kohls *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 70–5306. Caffey *v.* Swenson, Warden. C. A. 8th Cir. Certiorari denied.

No. 70–5309. Bayless *v.* Nebraska. Sup. Ct. Neb. Certiorari denied.

No. 70–5311. Hatzman *v.* New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 70–5315. Morgan *v.* West Virginia. C. A. 4th Cir. Certiorari denied.

No. 70–5316. Pennington *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 70–5320. Buick *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 70–5322. Brown *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 70–5324. Newton *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 70–5325. Williamson *v.* Alabama. C. A. 5th Cir. Certiorari denied.

No. 70–5327. Arndt et al. *v.* United States District Court for District of Nebraska et al. C. A. 8th Cir. Certiorari denied.

No. 70–5328. Serrano *v.* United States. C. A. 2d Cir. Certiorari denied.